STATE v. JONES

No. 497A93-3

Case below: Duplin County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Duplin County denied 2 March 2000.

STATE v. LEGRANDE

No. 215A96-4

Case below: Stanly County Superior Court

351 N.C. 115

351 N.C. 189

Petition by defendant to rehear petitions pursuant to Rule 31 denied 3 February 2000.

STATE v. LEGGETT

No. 519P99

Case below: 135 N.C.App. 168

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 3 February 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.